

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00164-CR

| | | |
|---|---|---|
| GIRGIS GORGY SALIB ISTFANOUS, Appellant | § | On Appeal from County Criminal Court |
| | § | No. 7 |
| | § | of Tarrant County (1756264) |
| v. | § | August 7, 2025 |
| | § | Memorandum Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By: /s/ Lee Gabriel
      Justice Lee Gabriel